ACCEPTED
03-14-00737-CV
7670985
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 1:23:43 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-cv

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 1:23:43 AM
JEFFREY D. KYLE
Clerk

_____

CHASE CARMEN HUNTER, APPELLANT/PLAINTIFF v. DAVID MATTAX IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF INSURANCE, APPELLEES/DEFENDANTS

_____

SECOND APPELLANT'S MOTION TO SUPPLEMENT

APPELLANT'S BRIEF

_____

From Cause D-1-GN-13001957 In The 250th District Travis

County, Texas, The Honorable John K. Dietz Presiding

_____

Chase Carmen Hunter, pro se
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

TO: THE JUSTICES OF THIS COURT

On October 14, 2015, the Petitioner, herein referred to as "Hunter", was first able to access the underlying court's record due to a new, free technology offered by the underlying court ("TCTDC" which means "Travis County Texas District Court") at https://courts.co.travis.tx.us/CCO/ which TCTDC calls "Civil Courts Online" or "CCO".

And Hunter discovered that there is no "contest" filed by the Respondents/Appellees to Hunter's Original Verified Motion To Appeal In Forma Pauperis Pursuant Texas Rule of Appellate Procedure Rule 20 et seq. ("Appeal IFP Motion") which Hunter filed in the lower court on 11/24/2014 (received by TCTDC and file stamped on 12/01/2014 or 12/2/2014). See the TCTDC Clerk's record pp 251–257 and pp 149–155 of Supplement To The Appendix Of the Appellant's Brief which Hunter filed with this Court on October 29, 2015, which shows, among other things, all documents in the TCTDC record through December 16, 2014.

This is relevant to this appeal because this fact shows that any court order arising from the TCTDC which sustains the Appellees' "contest" to Hunter's Appeal IFP Motion is void since there does not exist any document in the TCTDC in which the Appellees contested Hunter's Appeal IFP Motion.

WHEREFORE, Appellant asks that this Court supplement Hunter's Appellant's Brief as set forth herein to establish, among other things, that the TCTDC's order sustaining the "contest" is void.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039, Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## CERTIFICATION

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.

_____                    ___11/03/2015___
Chase Carmen Hunter

## CERTIFICATE OF CONFERENCE

I, Chase Carmen Hunter, certify that I conferred with the adverse parties many times in writing since April 2015 and they have refused to agree with Hunter regarding the relief requested.

_____                    ___11/03/2015___
Chase Carmen Hunter

## CERTIFICATION
## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the parties shown below as indicated:

Cynthia A. Morales, Assistant Attorney General
By Efile on 11/03/2015
Cynthia.Morales@texasattorneygeneral.gov
Facsimile: (512) 477-2348

Velva L. Price
Clerk of Travis County Texas District Court
By Efile on 11/03/2015

_____
Chase Carmen Hunter